Webster v. Carson.

## WEBSTER v. CARSON.

1. **Appeal to Supreme Court**: NOTICE. An appeal to this court cannot be perfected without service of notice upon the adverse party, his agent or attorney; and service upon the attorney is not secured by service upon his wife.

*Appeal from Linn Circuit Court.*

SATURDAY, JUNE 19.

*George W. Wilson,* for plaintiff.

*Preston Bros.,* for defendant.

REED, J.—The circuit court entered a judgment against plaintiff, from which he attempted to appeal, but the record on which the cause was submitted shows that the appeal was never perfected. It is shown, by an amended abstract filed by the defendant, that the only service of the notice of appeal was on the clerk of the circuit court, and the wife of one of the attorneys who appeared for defendant in the case. This statement is not denied, and must be accepted as true. The statute (Code, § 3178) provides that the notice must be served on the adverse party, his agent, or the attorney who appeared for him in the court below. The appeal can be taken only in the manner prescribed by the statute. *Draper v. Taylor,* 47 Iowa, 407.

The appeal will be                                    DISMISSED.